IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02402-LTB

LUCAS H. LUCERO,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 8, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 8 day of November, 2012.

                                 FOR THE COURT,

                                 JEFFREY P. COLWELL, Clerk

                                 By: s/ S. Grimm
                                      Deputy Clerk